Cesar Augusto HERNANDEZ–
ALONZO, Petitioner,

v.

Eric H. HOLDER Jr., Attorney
General, Respondent.

No. 07–70209.

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2009.*

Filed July 6, 2009.

Adolfo Ojeda–Casimiro, Ojeda Law, Du-
vall, WA, for Petitioner.

CAC–District Counsel, Esquire, Office
of the District Counsel, Department of
Homeland Security, Los Angeles, CA,
Ronald E. Lefevre, Office of the District
Counsel, Department of Homeland Securi-
ty, San Francisco, CA, Kathryn L. Moore,
Esquire, OIL, M. Jocelyn Lopez Wright,
Scott Rempell, DOJ—U.S. Department of
Justice, Civil Division/Office of Immigra-
tion Litigation, Washington, DC, for Re-
spondent.

Before: PAEZ, TALLMAN, and N.R.
SMITH, Circuit Judges.

MEMORANDUM **

Cesar Augusto Hernandez–Alonzo, a na-
tive and citizen of Guatemala, petitions for
review of the Board of Immigration Ap-
peals' ("BIA") order denying his motion to
reopen based on ineffective assistance of
counsel. We have jurisdiction pursuant to
8 U.S.C. § 1252. We review for abuse of
discretion the denial of a motion to reopen,
*Reyes v. Ashcroft*, 358 F.3d 592, 595 (9th
Cir.2004), and we deny the petition for
review.

The BIA did not abuse its discretion in
denying Hernandez–Alonzo's motion to re-
open for failure to comply with the re-
quirements set forth in *Matter of Lozada*,
19 I. & N. Dec. 637, 639 (BIA 1988), where
Hernandez–Alonzo failed to set forth the
terms of his agreement with prior counsel
or include evidence that he informed his
counsel of the allegations, and the ineffec-
tive assistance is not plain on the face of
the record. *See Reyes*, 358 F.3d at 597–99.

In light of our disposition, we do not
reach Hernandez–Alonzo's remaining con-
tentions.

PETITION FOR REVIEW DENIED.

---

* The panel unanimously finds this case suitable
  for decision without oral argument. *See* Fed.
  R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by 9th Cir. R. 36–3.